DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

JOHN C. KIRKE, *Cal. Bar No.:175055*
DONAHUE FITZGERALD, LLP
1999 Harrison Street, 26th Floor
Oakland, CA 94612
Tel: 510-251-7166
jkirke@donahue.com

*Attorneys for Defendants:* **Gomez Supermarket Corporation, Las Montanas Market, Inc., Manuel and Elba Gomez LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>         Plaintiff,<br><br> v.<br><br>**GOMEZ SUPERMARKET CORPORATION,** as an entity and doing business as "Las Montanas Supermarket", **LAS MONTANAS MARKET, INC.,** as an entity and doing business as "Las Montanas Supermarket", **MANUEL AND ELBA GOMEZ LLC,** and **DOES** 1-50, Inclusive,<br><br>         Defendants. | Case No.: 3:21-cv-9757-LB<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date: May 1st, 2023                                  /s/Daniel Malakauskas_____
                                                     By: Daniel Malakauskas, of,
                                                     MALAKAUSKAS LAW, APC,
                                                     Attorney for Plaintiff

Date: May 1st, 2023                                  /s/John C. Kirke_____
                                                     By: John C. Kirke, of,
                                                     DONAHUE FITZGERALD, LLP,
                                                     Attorneys for Defendants, *Gomez Supermarket Corporation,*
                                                     *Las Montanas Market, Inc., Manuel and Elba Gomez LLC*